### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.: 8:23-cv-00226-FWS-PVC  　　　　　　　　　　　　Date: October 20, 2023
Title: Theresa Brooke v. Dellisart LLC

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff: 　　　　　　　　　　　　Attorneys Present for Defendant:

Not Present 　　　　　　　　　　　　　　　　　　　　Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING AS MOOT PLAINTIFF'S SECOND MOTION FOR DEFAULT JUDGMENT [24]**

On July 26, 2023, Plaintiff Theresa Brooke ("Plaintiff") filed a Second Motion for Default Judgment. (Dkt. 24.) On August 30, 2023, Defendant Dellisart LLC ("Defendant") filed the Answer. (Dkt. 29.) On August 31, 2023, Plaintiff and Defendant filed a stipulation vacating the Second Motion for Default Judgment and deeming the Answer to be Defendant's responsive pleading. (Dkt. 32.) On September 5, 2023, the court granted the parties' stipulation, took the Second Motion for Default Judgment off calendar, and vacated the hearing associated with the Second Motion for Default Judgment. (Dkt. 33.) Accordingly, the Second Motion for Default Judgment is **DENIED AS MOOT as of the date of the court's Order granting the stipulation, or September 5, 2023.**

　　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk: mku