Peter Kristofer Strojnik, SBN 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone:  (415) 450-0100

Attorneys for Plaintiff
THERESA BROOKE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>DELLISART LLC,<br><br>Defendants. | Case No: 8:23-cv-226<br><br>**NOTICE OF SETTLEMENT** |

Please take notice that the case has settled.

DATED this 26th day of February, 2024.

　　　　　　　　　　　　　　　*/s/ Peter Kristofer Strojnik*
　　　　　　　　　　　　　　　Peter Kristofer Strojnik (242728)
　　　　　　　　　　　　　　　Attorneys for Plaintiff